Adam B. Nach – 013622
Helen K. Santilli – 032441
**LANE & NACH, P.C.**
2001 E. Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: helen.santilli@lane-nach.com

*Attorneys for Turbine Powered Technology, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DAVID K. CROWE and COLLEEN M. CROWE,<br><br>Debtors. | (Chapter 11 Case)<br><br>Case No. 4:19-bk-04406-BMW<br><br>*Adv. No. 4:19-ap-00260-BMW* |
| TURBINE POWERED TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID K. CROWE and COLLEEN M. CROWE,<br><br>Defendants. | **NOTICE OF HEARING AND CERTIFICATE OF SERVICE**<br><br>**Time:** **11:00 a.m.**<br>**Date:** **January 22, 2020**<br>**Location:** **38 S. Scott Ave. Courtroom 446 Tucson, Arizona 85701**<br>**Video:** **230 N. 1st Ave. Courtroom 301 Phoenix, Arizona 85003** |

**PLEASE TAKE NOTICE** that the Bankruptcy Court has set a Hearing on the *Motion to: (1) Abstain or Alternatively Stay Adversary Proceeding; and (2) to Continue Deadlines* [Dkt. 10].

A hearing in said matter will be held before the Honorable Brenda Moody Whinery at the James A. Walsh Federal Courthouse, 38 S. Scott Ave., Courtroom 446, Tucson, AZ 85701 on **January 22, 2020**, at the hour of **11:00 a.m.** Anyone wishing to appear by video conference may appear at the U.S. Courthouse and Federal Building, 230 N. 1st Avenue, Courtroom 301, Phoenix, AZ 85003.

DATED: November 14, 2019

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach – 013622*
    Adam B. Nach
    Helen K. Santilli
    *Attorneys for Trustee*

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 14, 2019, a copy of the **NOTICE OF HEARING** was delivered by depositing a copy of the same in the U.S. mail, postage prepaid or via electronic mail (where indicated), addressed as follows:

David K. Crowe
Colleen M. Crowe
3650 W. Camino Christy
Tucson, AZ 85742
*Defendants*

Frederick J. Petersen
Isaac D. Rothschild
Mesch, Clark & Rothschild, P.C.
259 N. Meyer Avenue
Tucson, AZ 85701
Email: ecfbk@mcrazlaw.com
*Attorneys for Defendants*

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Edward.K.Bernatavicius@usdoj.gov

By: */s/ Debbie McKernan*