FORM VAN–AD029
09/15/2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:19–bk–04406–BMW |
| DAVID K. CROWE and COLLEEN M CROWE<br>*Debtor(s)* | Chapter: 11 |

| | |
|---|---|
| Turbine Powered Technology, LLC<br>*Plaintiff(s)* | Adversary No.: 4:19–ap–00260–BMW |
| v. | |
| DAVID K. CROWE<br>et al.<br>*Defendant(s)* | |

# NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above–entitled cause will be held at the U.S. Bankruptcy Court, James A. Walsh Courthouse, 38 S. Scott Avenue, Courtroom 446, Tucson, AZ before the Honorable Brenda Moody Whinery on 4/9/20 at 11:00 AM, to consider and act upon the following matters:

ORAL ARGUMENTS RE:GARDING THE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (COUNTS I – III).

Parties may also appear at 230 N. 1st Avenue, Courtroom 301, Phoenix, AZ.

**Date: February 24, 2020**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701–1704<br>Telephone number: (520) 202–7500<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br>**George Prentice** |