IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DAVID K. CROWE and COLLEEN M. CROWE,<br><br>    Debtors. | Chapter: 11<br><br>No. 4:19-bk-04406-BMW<br><br>*Adv. No. 4:19-ap-00260-BMW*<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR TUCSON EMBEDDED SYSTEMS TO RESPOND TO TPT'S MOTION FOR ORDER AUTHORIZING PRODUCTION OF CONFIDENTIAL DOCUMENTS** |
| TURBINE POWERED TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID K. CROWE and COLLEEN M. CROWE,<br><br>    Defendants. | |

    Upon consideration of the *Stipulation to Extend Deadline for Tucson Embedded Systems to Respond to TPT's Motion for Order Authorizing Production of Confidential Documents* and for good cause appearing,

    IT IS HEREBY ORDERED that Tucson Embedded Systems, Inc. shall have until April 1, 2020 to file a response to Turbine Powered Technology, LLC's *Motion for Order Authorizing Production of Confidential Documents*.

**DATED AND SIGNED ABOVE**