Adam B. Nach – 013622
Helen K. Santilli – 032441
**LANE & NACH, P.C.**
2001 E. Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: helen.santilli@lane-nach.com

Holden Hoggatt – 32158
**Turbine Powered Technology, LLC**
General Counsel
298 Louisiana Road, Port of West St. Mary
Franklin, Louisiana USA 70538
Telephone: (337) 924-0298
Fax: (337) 924-0290
Email: holden@marineturbine.com

*Attorneys for Turbine Powered Technology, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DAVID K. CROWE and COLLEEN M. CROWE,<br><br>Debtors. | (Chapter 11 Case)<br><br>Case No. 4:19-bk-04406-BMW<br><br>*Adv. No. 4:19-ap-00260-BMW* |
| TURBINE POWERED TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID K. CROWE and COLLEEN M. CROWE,<br><br>Defendants. | **MOTION FOR EXPEDITED HEARING AND REQUEST TO SHORTEN NOTICE PERIOD ON MOTION TO CONTINUE APRIL 9, 2020 HEARING FOR GOOD CAUSE** |

Turbine Powered Technology, LLC ("**TPT**"), through undersigned counsel, hereby moves this Court for an Order granting an expedited hearing and to shorten notice on its *Motion to Continue April 9 Hearing for Good Cause* ("**Motion**"). This Motion is supported by the below Memorandum of Points and Authorities.

# MEMORADUM OF POINTS AND AUTHORITIES

1. On March 9, 2020, TPT filed its Motion wherein requests a short continuance of the April 9, 2020 hearing on David and Colleen Crowes' ("**Defendants**") *Motion for Partial Summary Judgment (Counts I-III) (*"**MPSJ**").

2. In support of this Motion, TPT fully incorporates the details set forth in its Motion.

3. As more fully delineated in the Motion, TPT filed a *Motion for Authorization to Produce Evidence* ("**Louisiana Motion**") in the Louisiana State Court Case seeking Court authority to produce information in this action that may be subject to a protective order in the Louisiana State Court[1] action. (DCKT. 59, Ex. B).

4. The Defendants and Tucson Embedded Systems ("**TES**") (a creditor and party-interest) have expressed concerns about TPT producing information in this action that may violate a Louisiana State Court protective Order. (DCKTS. 40, pg. 2, and 59, Ex. A). TPT's Louisiana Motion seeks to remedy the Defendants and TES' concerns.

5. Defendants' Limited Objection[2] indicates Defendants had "serious concerns" regarding the legality of TPT producing certain information and expressed their concern that TPT may be legally prohibited from disclosing such information due to, *inter alia*, a Louisiana State Court protective order. The Limited Objection went on to indicate that "[u]nless and until Debtors are ***assured*** that TPT has the right to disclose the proposed information and documents, Debtors must object" to TPT's Amended Seal Motion[3]. (Emphasis added). Despite this position and TPT's attempts to provide Defendants with the assurance they expressly requested, Defendants will not consent to continuing the hearing on the MPSJ to allow TPT time to obtain permission from the Louisiana State Court to produce such information.

6. The Motion represents a hearing was set on the Louisiana Motion for March 30, 2020.

---

[1] "**Louisiana State Court**" refers to the action TPT filed against, among others, David Crowe in the 16th District Court for the Parish of St. Mary, State of Louisiana, case number 130379 Div. F.
[2] DCKT. 40, pgs. 2, lns. 10-24.
[3] DCKTS. 33, 40, and 61. The Amended Seal Motion (and the Supplement filed thereafter) seek permission to file information delineating TPT's intellectual property under seal. This information is directly responsive to the MPSJ.

7. Like many courts around the country, the Louisiana State Court has now issued the attached Orders continuing and vacating matters given the recent outbreak of the Coronavirus Disease. (**Exhibits A and B**).

8. Given the recent outbreak, the Sixteenth District Court of the State of Louisiana continued all civil hearings to be reset by an order at a later date. (**Exhibit A**).

9. The March 30, 2020 hearing has been vacated and at this time, it is unknown when the Louisiana Court will reopen and reset the hearing. (**Exhibit C**).

TPT believes that under the circumstances, notice should be shortened to allow for this matter to be set for an expedited hearing **on or before April 7, 2020**.

WHEREFORE, TPT respectfully requests that this Court set an expedited hearing, shorten the notice period on its Motion, and for such other and further relief as this Court deems just and proper.

DATED: March 19, 2020

**Respectfully Submitted by:**

/s/ Holden Hoggatt
Holden Hoggatt (LBN 32158)
Hoggatt Law Group, APLC
Attorney for Turbine Powered Technology, LLC
298 Louisiana Road, Port of West St. Mary
Franklin, Louisiana 70538
337-924-0298
Holden@marineturbine.com

**A COPY** of the foregoing sent by
U.S. Mail and/or electronic delivery to:

Frederick J. Petersen
Isaac D. Rothschild
Mesch, Clark & Rothschild, P.C.
259 N. Meyer Avenue
Tucson, AZ 85701
Email: fpetersen@mcrazlaw.com
*Attorneys for Debtors*

By /s/ Terie Flowers Turner

# Exhibit "A"

STATE OF LOUISIANA
PARISHES OF IBERIA, ST. MARTIN AND ST. MARTIN
SIXTEENTH DISTRICT COURT

In Re:

COURT OPERATIONS UNDER THE
EXIGENT CIRCUMSTANCES
CREATED BY COVID-19
(CORONAVIRUS)

## **ORDER**

This General Order is being used in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in Louisiana, and throughout the United States. In February of this year, the Centers for Disease Control and Prevention ("CDC") issued "Interim Guidance" recommending that all entities consider how best to decrease the spread of COVID-10, including the review of guidance from state and local health officials. In the light of Governor Edwards' declaration of a public health emergency and his executive order concerning public gatherings, as well as guidance from Louisiana Supreme Court, the Sixteenth Judicial District Court, in the Parishes of Iberia, St. Martin and St. Mary, issues this order. Our purpose is to address this public health crisis in a way that protects the health and safety of the public and of everyone at our Court facilities, while at the same time, to the extent possible, maintains access to the Court.

Given the risk posed to the public, and in consideration of the public health recommendations, it is hereby ORDERED that, effective beginning Monday, March 16, 2020, 12:00 p.m. through Friday, April 10, 2020, at 5:00 p.m.:

(1) All jury trials, both civil and criminal, are hereby continued, to be reset by Order;

(2) All grand jury proceedings in the District ae hereby continued, to be reconvened by Order;

(3) All criminal trials, hearing, and court appearances are hereby continued, to be reset by order, except initial appearances (72 hour hearings), arraignments for incarcerated persons only and bond hearings;

(4) The delays in all criminal cases created by this Order shall constitute "just cause", pursuant to La. Code of Criminal Procedure art. 701;

(5) All civil trials, hearings, and court appearances are hereby continued, to be reset by order, except for hearings related to the following: civil protective orders, emergency child custody matters pursuant to La. Code of Civil Procedure art. 3945, emergency

interdictions, and matters of public health related to this crisis, unless agreed to by the sitting judge and all the parties.

(6) All Hearing Officer conferences are hereby continued, to be reset by the Hearing Officer;

(7) All Support Enforcement Services matters are hereby continued, to be reset by order;

(8) All Juvenile Court and Drug Court matters will be addressed in a separate Order by those courts;

(9) This Order does not affect the Court's ability to consider civil or criminal matters that can be resolved without hearing.

The Iberia, St. Martin, and St. Mary Parish Courthouses remain open during regular business hours. The public may continue to utilize Court services in accordance with this Order and while following all the applicable public health guidelines.

This Order remains in effect until 5:00 p.m. on April 10, 2020, or until further orders of this Court.

Dated this __16__ day of March, 2020.

_____
LEWIS PITMAN, CHIEF JUDGE

# Exhibit "B"

# SUPREME COURT OF LOUISIANA

_____

# O R D E R

_____

Acting under the authority of Article V, Section 1 of Constitution of 1974, and the inherent power of this Court, and considering the recent outbreak of Coronavirus Disease 2019 (COVID-19) in Louisiana, Governor John Bel Edwards' declaration of a public health emergency in Proclamation Number 25 JBE 2020, and President Donald Trump's declaration of a national emergency on March 13, 2020, and in consideration of public health recommendations to reduce the risk of exposure to the virus and slowing the spread of the disease while balancing the need to maintain access to Louisiana courts,

IT IS HEREBY ORDERED THAT:

1. All jury trials, both civil and criminal, scheduled to commence in any Louisiana state court between the date of this Order and March 27, 2020, are hereby continued to a date to be reset by local order no earlier than March 30, 2020. Civil and criminal jury trials that are in progress as of March 13, 2020 may continue to conclusion, in the discretion of the local court.

2. Except as otherwise provided herein, all civil trials, hearings and court appearances set for any date between the date of this Order and March 27, 2020 are hereby continued to a date to be reset by local order, except for hearings related to the following: civil protective orders, child in need of care proceedings, emergency child custody matters, proceedings for children removed from their home by emergency court order,

proceedings related to emergency interdictions and mental health orders, matters of public health related to this crisis and other emergency matters necessary to protect the health, safety and liberty of individuals as determined by each court.

3. Criminal initial appearances for adults and juveniles, arraignments for incarcerated individuals and bond hearings shall continue as scheduled and shall be conducted with the use of telephone and video conferencing whenever possible.

4. All judges and court clerks are urged to limit in-person courtroom contact as much as possible by utilizing available technologies, including alternative means of filing, teleconferencing, email and videoconferencing.

5. This Order expressly does not prohibit any court proceedings by telephone, video, teleconferencing, or any other means that do not involve in-person contact. This Order does not affect courts' consideration of matters that can be resolved without in-person proceedings.

6. Given the public health concerns and the necessity of taking action to slow the spread of the disease, the continuances occasioned by this Order serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the time periods of such continuance shall be excluded from speedy trial computations pursuant to law, including but not limited to those set forth in the Louisiana Code of Criminal Procedure and the Louisiana Children's Code, and presumptively constitute just cause.

The Court may issue further Orders regarding this matter as necessary to address the circumstances arising from this pandemic and will post such Orders on the Court's website at www.lasc.org, and in the news media.

Given under our hands and seal this 16th day of March A. D., 2020, New Orleans, Louisiana.

FOR THE COURT:

*Bernette J. Johnson*
Chief Justice Bernette J. Johnson

# Exhibit "C"

# Helen Santilli

**From:** Holden Hoggatt <Holden@marineturbine.com>
**Sent:** Thursday, March 19, 2020 10:00 AM
**To:** Helen Santilli
**Subject:** Fwd: Turbine Powered Technology v. David Crowe et al



Begin forwarded message:

> **From:** Lauren Williams <Lauren@marineturbine.com>
> **Date:** March 19, 2020 at 11:38:41 AM CDT
> **To:** Susan Legros <slegros@16jdc.org>
> **Cc:** Holden Hoggatt <holden@marineturbine.com>
> **Subject: RE: Turbine Powered Technology v. David Crowe et al**
>
> Thank you, Susan. You be safe as well!
>
> **From:** Susan Legros <slegros@16jdc.org>
> **Sent:** Thursday, March 19, 2020 11:32 AM
> **To:** Dan Panagiotis <dan@panalaw.com>; Lauren Williams <Lauren@marineturbine.com>; Holden Hoggatt <Holden@marineturbine.com>; Adam Young <agy@meadeyoung.com>; Claudette Talley <claudette@panalaw.com>; Matthew J. Fantaci <fantaci@carverdarden.com>; John Alden Meade <jam@meadeyoung.com>; T. Taylor Townsend <taylor@taylortownsendlaw.com>; Patrick <pskiles@rsslawoffice.com>; jlt@stanleyreuter.com; Ryan Goudelocke <ryan@dmsfirm.com>
> **Subject:** Turbine Powered Technology v. David Crowe et al
>
> This matter has a hearing set for March 30, 2020. As you know. the Court has been closed due to Covid-19, so the hearing will not be held at this time. As soon as we know when the Court will reopen we will reset this matter. Thanks and stay safe.

---

**Total Control Panel**                                                                 Login

To: helen.santilli@lane-nach.com          Remove this sender from my allow list
From: holden@marineturbine.com

*You received this message because the sender is on your allow list.*