Adam B. Nach – 013622
Helen K. Santilli – 032441
**LANE & NACH, P.C.**
2001 E. Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: helen.santilli@lane-nach.com

Holden Hoggatt – 32158
**Turbine Powered Technology, LLC**
General Counsel
298 Louisiana Road, Port of West St. Mary
Franklin, Louisiana USA 70538
Telephone: (337) 924-0298
Fax: (337) 924-0290
Email: holden@marineturbine.com

*Attorneys for Turbine Powered Technology, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 11 Case) |
| DAVID K. CROWE and COLLEEN M. CROWE, | Case No. 4:19-bk-04406-BMW |
| Debtors. | *Adv. No. 4:19-ap-00260-BMW* |
| TURBINE POWERED TECHNOLOGY, LLC, | **STIPULATED MOTION TO CONTINUE APRIL 9, 2020 HEARINGS** |
| Plaintiff, | |
| vs. | |
| DAVID K. CROWE and COLLEEN M. CROWE, | |
| Defendants. | |

Plaintiff, Turbine Powered Technology, LLC ("**Plaintiff**" or "**TPT**") and David K. Crowe and Colleen M. Crowe ("**Defendants**"), through their respective undersigned counsel (collectively "**Parties**"), hereby stipulate and move the Court to continue the hearing on the Defendants' *Motion for Partial Summary Judgment (Counts I-III)* filed with the Court on

November 13, 2019 [DE #18] and the Defendants' *Motion to Compel Discovery Responses/Sanctions* filed with the Court on November 14, 2019 [DE #194] (collectively "**Motions**"). Given the current pandemic and the state of affairs in Louisiana related to COVID-19, on March 25, 2020 TPT requested that the Debtors consent to a continuance of the hearings on both Motions. The Debtors agree to such request as a professional courtesy in light of the COVID-19 pandemic for a period of approximately thirty (30) days.

**WHEREFORE**, the Parties respectfully request that the hearings currently scheduled on the Motions for April 9, 2020 be continued for approximately 30 days, to a date convenient for the Court.

**REPECTFULLY SUBMITTED** this 30th day of March, 2020.

**HOGGATT LAW GROUP, APLC**

By /s/ Holden Hoggatt
Holden Hoggatt (LBN 32158)
Attorney for Turbine Powered Technology, LLC
298 Louisiana Road, Port of West St. Mary
Franklin, Louisiana 70538
337-924-0298
Email: Holden@marineturbine.com
*Attorney for Plaintiff*

**MESCH, CLARK & ROTHSCHILD, P.C.**

By /s/ Frederick J. Petersen
Frederick J. Petersen
Isaac D. Rothschild
259 N. Meyer Avenue
Tucson, AZ 85701
Email: fpetersen@mcrazlaw.com
*Attorney for Defendants*