UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:19−bk−04406−BMW |
| DAVID K. CROWE and COLLEEN M CROWE<br>*Debtor(s)* | Chapter: 11 |
| Turbine Powered Technology, LLC<br>*Plaintiff(s)* | Adversary No.: 4:19−ap−00260−BMW |
| v. | |
| DAVID K. CROWE<br>et al.<br>*Defendant(s)* | |

## NOTICE OF TELEPHONIC HEARING

A hearing in the above−entitled cause will be held on **04/07/20** at **10:15 a.m.** before the Honorable Brenda Moody Whinery. Any interested party is to appear by telephone. Interested parties are to call 1.877.873.8017 to appear for the hearing. The access code is 7011796. The Honorable Brenda Moody Whinery will consider and/or act upon the following matter(s) at the hearing:

STATUS HEARING REGARDING THE ADVERSARY PROCEEDING.

**Date: March 31, 2020**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**