Adam B. Nach – 013622
Helen K. Santilli – 032441
**LANE & NACH, P.C.**
2001 E. Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: helen.santilli@lane-nach.com

*Attorneys for Turbine Powered Technology, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DAVID K. CROWE and COLLEEN M. CROWE,<br><br>      Debtors.<br><br>TURBINE POWERED TECHNOLOGY, LLC,<br><br>      Plaintiff,<br>vs.<br><br>DAVID K. CROWE and COLLEEN M. CROWE,<br><br>      Defendants. | (Chapter 11 Case)<br><br>Case No. 4:19-bk-04406-BMW<br><br>***Adv. No. 4:19-ap-00260-BMW***<br><br>**NOTICE OF SERVICE OF EXPERT REPORT OF STEVEN B. KUSHNICK, P.E.** |

Notice is hereby given that on May 27, 2020, Turbine Powered Technology, LLC ("**TPT**"), by and through its attorneys undersigned, disclosed the *Expert Report of Steven B. Kushnick, P.E.* ("**Expert Report**") in the Louisiana State Court[1] matter.

TPT disclosed the Expert Report in the Louisiana State Court action to, among other counsel, Fred Petersen[2] and Adam Young[3]. The disclosure of the Expert Report was made subject to the Protective Order in the Louisiana State Court.

---

[1] "**Louisiana State Court**" refers to the action TPT brought against, *inter alia*, David Crowe for unfair trade practices and theft of trade secrets in the 16th Judicial District Court for the Parish of St. Mary, State of Louisiana, case number 130379 Div. F.

On April 10, 2020, TPT filed its *Motion to File Expert Report Under Seal* ("**Motion to File Under Seal**") seeking to file the Expert Report in this action under seal and subject to a confidentiality agreement. (DCKT. 98). In support of its Motion to File Under Seal, TPT also filed the accompanying support declaration of Steven B. Kushnick and the Expert Report (which is provisionally sealed). (DCKTS. 99 and 100). TPT has lodged an Order seeking approval of the Motion to File Under Seal. (DCKT. 101). On May 15, 2020, TPT filed a Motion for Accelerated Hearing, *inter alia*, the Motion to File Under Seal. (DCKT. 111). TPT requested an accelerated hearing date from chambers on May 15, 2020. After two inquiries for an accelerated hearing date, TPT has been advised that TPT's request for an accelerated hearing is still being reviewed by the Court. To date, the Court has not yet ruled on the Motion to File Under Seal.

The Expert Report remains subject to the Protective Order in the Louisiana State Court matter and TPT's pending Motion to File Under Seal.

DATED: June 3, 2020

**Turbine Powered Technology, LLC**

/s/ Holden Hoggatt
 Holden Hoggatt – 32158
 General Counsel
 *Attorney for Turbine*
 *Powered Technology, LLC*

---

[2] Fred Petersen is counsel of record in this matter and represents the Debtors in the administrative case.
[3] Adam Young is the Court appointed special counsel for the Debtors in the Louisiana State Court action.

**A COPY** of the foregoing sent by
U.S. Mail and/or electronic delivery to:

Frederick J. Petersen
Isaac D. Rothschild
Mesch, Clark & Rothschild, P.C.
259 N. Meyer Avenue
Tucson, AZ 85701
Email: ecfbk@mcrazlaw.com
Attorneys for Debtors

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Edward.K.Bernatavicius@usdoj.gov


By /s/ Terie Flowers Turner