MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: fpetersen@mcrazlaw.com
irothschild@mcrazlaw.com

By: Frederick J. Petersen, # 19944
Isaac D. Rothschild, # 25726
22003-2/gc

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| DAVID K. CROWE and COLLEEN M. CROWE,<br><br>Debtors. | No. 4:19-bk-04406-BMW |
| TURBINE POWERED TECHNOLOGY, LLC,<br><br>Plaintiff,<br>vs.<br>DAVID K. CROWE and COLLEEN M. CROWE,<br><br>Defendants. | Adv. No. 4:19-ap-00260-BMW<br><br>**RESERVATION OF RIGHTS RE NOTICE OF SERVICE OF EXPERT REPORT OF STEVEN B. KUSHNICK, P.E.** |

David K. Crowe and Colleen M. Crowe ("Debtors" or "Defendants"), though

counsel, respond and reserve all rights with regard to the Notice of Service of Expert Report

of Steven B. Kushnick, P.E., filed by Turbine Powered Technology, LLC on June 3, 2020 (DE 118).

### 1. Bankruptcy Counsel is a Not Party to Nor Subject to the Louisiana State Court Protective Order

The premise of the Notice of Service and from prior correspondence from counsel for Turbine Powered Technology that they can indirectly disclose information in the bankruptcy case pending in the District of Arizona, by production in and subject to a protective order entered by the Louisiana State Court, is an abuse of procedure that rises to an offensive level. Arizona bankruptcy counsel is not licensed to practice, nor has ever practiced in the state of Louisiana. Further, Arizona bankruptcy counsel has not appeared in, participated in, nor taken any position that would suggest that counsel is a party to, or subject to, the protective order of the Louisiana State Court. To the contrary, that order does not apply to Arizona bankruptcy counsel and cannot be used offensively, or defensively, with regard to any matters produced or part of the Arizona bankruptcy case. Unless and until this Court, with exclusive jurisdiction over this case, enters an order with regard to matters in the record in this proceeding, bankruptcy counsel will not be constrained by the Louisiana order with regard to information in its possession or control, or otherwise part of the record in this case. Further, production in the Louisiana State case is entirely irrelevant to this proceeding.

### 2. Production of Information in the Louisiana State Court Matter is a Stay Violation

When counsel for TPT sent an email letter on May 27, 2020 purportedly producing the expert report of Steven B. Kushnick, a prompt response was sent reminding counsel that such action was a violation of the stay. In fact, all proceedings in the Louisiana State Court matter with regard to Debtors Crowe are stayed by operation of 11 U.S.C. §362. The knowing and voluntary disregard of the stay by proceeding with production of information to the Debtors is a wanton disregard of the Federal Bankruptcy Law and the jurisdiction of

this Court. Already pending before this Court is a Motion for Sanctions against Turbine Powered Technology for violating the stay. Now, DE 118 is a written acknowledgement that TPT continues to disregard the jurisdiction of this Court and will do as it pleases. As the Court is well aware, any action taken in violation of the stay is void as a matter of law. Counsel was promptly informed in writing on May 27, 2020 that because the action was taken in violation of the stay, and because the Louisiana State Court protective order did not apply to counsel, the report of Steven B. Kushnick would be immediately deleted and disregarded. That report is not part of the record in this case, and it is inappropriate to consider it, disclose it, produce it, or refer to it unless and until made part of the record by this Court.

### 3. The Crowes Reserve All Rights to Seek Damages Against TPT, and Rule 11 Sanctions Against Holden Hoggatt and Lane & Nach for Their Intentional Stay Violations

At this time, the Debtors do not anticipate significant damages as a result of the intention and knowing violation of the stay and disregarding of rules by Holden Hoggatt and the Lane and Nach firm. However, it is clear that the action is a knowing and intentional stay violation. As such, the effort could not be presented for a proper purpose, and is frivolous, by definition, as a void act. (See Rule 9011(b)(1) and 9011 (b)(2), F.R.Bankr.P.) The Debtors reserve all rights to seek actual damages in the future, to the extent any further actions are required.

DATED: June 4, 2020                                  MESCH CLARK ROTHSCHILD

                                                     By:   s/Frederick J. Petersen, #19944
                                                           Frederick J. Petersen
                                                           Isaac D. Rothschild
                                                           Attorneys for Debtors

Notice of Electronic Filing ("NEF") electronically served on the date of filing upon the registered CM/ECF Users herein as evidenced by the NEF.

COPIES served as indicated below on June 4, 2020:

| | |
|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>Email: claims@recoverycorp.com | Turbine Powered Technology, LLC<br>c/o Its Managing Member, Ted McIntye, II<br>298 Louisiana Road, Port of West St. Mary<br>Franklin, LA 70538<br>Email: legal@marineturbine.com<br>Email: ted@marineturbine.com<br>Member, Committee of Unsecured Creditors |
| Tucson Embedded Systems<br>Attn: Dennis Kenman<br>5620 N. Kolb Rd., Ste 160<br>Tucson, AZ 85750<br>Email: contracts@tucsonembedded.com<br>Member, Committee of Unsecured Creditors | Lindsay Brew<br>Miller, Pitt, Feldman & McAnally<br>One S. Church Ave., Ste 900<br>Tucson, AZ 85701<br>Email: lbrew@mpfmlaw.com<br>Member, Committee of Unsecured Creditors |
| Quicken Loans, Inc.<br>c/o Aldridge Pite, LLP<br>PO Box 17933<br>San Diego, CA 92177-0933<br>Email: ecfazb@aldridgepite.com | USAA Federal Savings Bank<br>c/o Aaron M. Waite<br>Weinstein & Riley, P.S.<br>6785-4 S. Eastern Avenue<br>Las Vegas, NV 89119<br>Email: aaronw@w-legal.com |
| Bradley J. Stevens and Fay W. Bidlack<br>Jennings, Strouss & Salmon, PLC<br>One E. Washington Street, Ste 1900<br>Phoenix, AZ 85004-2554<br>Email: bstevens@jsslaw.com<br>Email: fbidlack@jsslaw.com<br>Attorneys for the Official Committee of Unsecured Creditors | Adam B. Nach and Helen K. Santilli<br>Lane & Nach, P.C.<br>2001 E. Campbell Ave., Ste 103<br>Phoenix, AZ 85016<br>Email: adam.nach@lane-nach.com<br>Email: helen.santilli@lane-nach.com<br>Attorneys for Turbine Powered Technology, LLC |
| Kasey Nye<br>Waterfall Economidis Caldwell Hanshaw & Villamana, P.C.<br>5210 E. Williams Circle, Suite 800<br>Tucson, AZ 85711<br>Email: knye@waterfallattorneys.com<br>Attorney for Tucson Embedded Systems | Edward K. Bernatavicius<br>Office of the United States Trustee<br>230 N. First Ave., Suite 204<br>Phoenix, AZ 85003-1706<br>Email: Edward.K.Bernatavicius@usdoj.gov |
| Todd Jackson<br>Jackson & Oden, P.C.<br>3573 E. Sunrise Drive, Suite 125<br>Tucson, AZ 85718<br>Email: tjackson@jacksonodenlaw.com<br>Attorney for Tucson Embedded Systems, Inc. | Holden Hoggatt<br>Marine Turbine Technologies<br>298 Louisiana Rd., Port of West St. Mary<br>Franklin, LA 70538<br>Email: holden@marineturbine.com<br>Attorney for Turbine Powered Technology, LLC |

| 1 | D.C. Panagiotis |  |
|---|---|---|
| 2 | The Panagiotis Firm<br>1540 W. Pinhook Rd.<br>Lafayette, LA 70503 |  |
| 3 | Email: dan@panalaw.com<br>Attorney for Turbine Powered Technology |  |

4

5  27B3355

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26