Adam B. Nach – 013622
Helen K. Santilli – 032441
**LANE & NACH, P.C.**
2001 E. Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: helen.santilli@lane-nach.com

Holden Hoggatt – 32158
**Turbine Powered Technology, LLC**
General Counsel
298 Louisiana Road, Port of West St. Mary
Franklin, Louisiana USA 70538
Telephone: (337) 924-0298
Fax: (337) 924-0290
Email: holden@marineturbine.com

*Attorneys for Turbine Powered Technology, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 11 Case) |
| DAVID K. CROWE and COLLEEN M. CROWE, | Case No. 4:19-bk-04406-BMW |
| Debtors. | *Adv. No. 4:19-ap-00260-BMW* |
| TURBINE POWERED TECHNOLOGY, LLC, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| Plaintiff, | |
| vs. | |
| DAVID K. CROWE and COLLEEN M. CROWE, | |
| Defendants. | |

Pursuant to Local Bankruptcy Rule 9010-(e), Turbine Powered Technology, LLC ("**TPT**") respectfully requests permission to withdraw Eric Isaiah Holden Hoggatt as counsel of record for TPT. Mr. Hoggatt formerly was in-house counsel for TPT, however, Mr. Hoggatt no longer works for TPT in any capacity. Adam B. Nach and Dan Panagiotis shall remain counsel of

record for TPT. As such, TPT consents to the withdrawal of Mr. Hoggatt as its counsel of record. Correspondence and communications should be sent to Lane & Nach, P.C. and The Panagiotis Firm as indicated on the docket and below.

**RESPECTFULLY SUBMITTED** this 18th day of June, 2020.

LANE & NACH, P.C.

By /s/ Adam B. Nach
Adam B. Nach (013622)
Helen K. Santilli
Email: adam.nach@lane-nach.com
Email: helen.santilli@lane-nach.com
*Attorneys for Turbine Powered Technology, LLC*

**THE PANAGIOTIS FIRM**

By /s/ D.C. Panagiotis
D.C. Panagiotis (#15032)
1540 W. Pinhook Rd.
Lafayette, LA 70503
Telephone: 337- 264-1516
Fax: 337-264-1455
Email: dan@panalaw.com
*Attorney for Turbine Powered Technology, LLC*

**A COPY** of the foregoing sent by
U.S. Mail and/or electronic delivery to:

Frederick J. Petersen
Isaac D. Rothschild
Mesch, Clark & Rothschild, P.C.
259 N. Meyer Avenue
Tucson, AZ 85701
Email: ecfbk@mcrazlaw.com
*Attorneys for Debtors*

Todd Jackson
Jackson & Oden, PLLC
1670 East River Road, Suite 260
Tucson, Arizona 85718
Email: tjackson@jacksonodenlaw.com
*Attorneys for TES*

Waterfall, Economidis, Caldwell,
Hinshaw & Villamana, P.C.
5210 East Williams Circle, Suite 800
Tucson, Arizona 85711
Emails: knye@waterfallattorneys.com
*Attorneys for TES*


By /s/ Terie Flowers Turner