# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 11 Case) |
| DAVID K. CROWE and COLLEEN M. CROWE, | Case No. 4:19-bk-04406-BMW |
| Debtors. | *Adv. No. 4:19-ap-00260-BMW* |
| TURBINE POWERED TECHNOLOGY, LLC, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| Plaintiff, | |
| vs. | |
| DAVID K. CROWE and COLLEEN M. CROWE, | |
| Defendants. | |

This matter having come before the Court pursuant to the *Motion to Withdraw Counsel of Record* ("**Motion**") filed by Turbine Powered Technology, LLC ("**TPT**") through its counsel and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. Granting the Motion; and
2. Withdrawing Eric Isaiah Holden Hoggatt as counsel of record for TPT.

**DATED AND SIGNED ABOVE**